AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

PERCY HARRIS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   3:23-cr-13-TES

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

_____
TILMAN E. SELF, III UNITED STATES DISTRICT JUDGE
Name and Title of Judge

September 27, 2023
Date